July 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MARY E. EWING, Appellant

NO. 14-10-00939-CV                    V.

ACT CATASTROPHE-TEXAS L.C., Appellee
_____

This cause, an appeal from the judgment in favor of appellee, ACT CATASTROPHE-TEXAS L.C., signed June 18, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant, MARY E. EWING, to pay all costs incurred in this appeal. We further order this decision certified below for observance.